UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| JOSE LUIS HERNANDEZ-BELLO,<br>Petitioner,<br>v.<br>TODD BLANCHE, et al.,<br>Respondents. | No. 5:26-cv-04180-JDE<br><br>JUDGMENT |

Pursuant to the Order Regarding Petition, the Petition is denied without prejudice.

Dated: AUGUST 7, 2026

JOHN D. EARLY
United States Magistrate Judge